UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONTRELL AMACKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2895** |
| **TERREBONNE PARISH SHERIFF'S DEPT., TPCJC MEDICAL STAFF, TERREBONNE PARISH CONSOLIDATE GOVERNMENT, ET AL** | **SECTION "L"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** Dontrell Amacker's §1983 claims against Terrebonne Parish Sheriffs Dept., TPCJC Medical Staff, Terrebonne Parish Consolidated Government are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915(A), and 42 U.S.C. § 1997(e).

New Orleans, Louisiana, this 11th day of April, 2022.

_____
**UNITED STATES DISTRICT JUDGE**